1  AARON D. FORD
     Attorney General
2  JESSICA BROWN (Bar No. 14487)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-3326 (phone)
   (702) 486-3773 (fax)
6  Email: j.brown@ag.nv.gov
   *Attorneys for Defendants April Adams,*
7  *Leah Bories Krista Harris, Robert Hartman,*
   *John Henley, Nathan Hughes, and Megan*
8  *Penneau*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC D. MONTOYA,<br><br>        Plaintiff,<br><br>v.<br><br>K. MATTICE-HARRIS, *et al.*,<br><br>        Defendants. | Case No. 3:22-cv-00558-ART-CSD<br><br>**JOINT REQUEST TO EXTEND TIME FOR SETTLEMENT CONFERENCE** |

IT IS HEREBY JOINTLY REQUESTED by and between Plaintiff Eric Montoya ("Montoya"), and Defendants by and through counsel, Jessica Brown, Deputy Attorney General, that the Court set a Judicial Settlement Conference. It is further requested, that the Court stay all deadlines to allow the parties to settle this matter.

1. On March 14, 2024, the parties requested a Judicial Settlement Conference to assist in resolving this matter, and it was set for May 2, 2024.

2. On Monday, April 1, 2024, Judge Miranda Du moved a trial in a different matter in which Deputy Attorney General Jessica Brown is the attorney of record to April 29, 2024 through May 3, 2024.

3. Accordingly, the parties have agreed and requested that the Court

1 | reschedule the Settlement Conference to the earliest possible date after May 3, 2024.

2 |     4.    This Request and Stipulation is made in good faith and not for the purpose of
3 | delay.

5 | DATED this __4__ day of __April__, 2024.    DATED this 4th day of April, 2024.

7 | By: _____ 4/8/24    By: __/s/ Jessica Brown__
    Eric Montoya, Plaintiff        Jessica Brown, Esq.
8 |                             Nevada Attorney General's Office
9 |                             Nevada Bar No. 10736
10 |                             555 E. Washington Avenue
                                Las Vegas, NV 89101
                                *Attorneys for Defendants*

IT IS HEREBY ORDERED that the Settlement Conference is reset to Monday, May 13, 2024, at 9:00 a.m.

DATED:  April 4, 2024.

_____
UNITED STATES MAGISTRATE JUDGE