**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIC D. MONTOYA,<br><br>                    Plaintiff,<br><br>v.<br><br>K. MATTICE-HARRIS, et al.,<br><br>                    Defendants. | 3:22-cv-00558-ART-CSD<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Clerk shall arrange for a transcript of the May 13, 2024, Settlement Conference (ECF No. 68) at the Government's expense.

**IT IS FURTHER ORDERED** that the transcript shall be prepared on an expedited basis (i.e., within the **seven (7) day** timeframe).

DATED: June 20, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1