# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC D. MONTOYA,<br><br>          Plaintiff,<br><br>   v.<br><br>K. MATTICE-HARRIS, et al.,<br><br>          Defendants. | 3:22-cv-00558-ART-CSD<br><br>**ORDER** |

According to the court's docket, the transcript has been completed of the Settlement Conference held on May 13, 2024. (ECF No. 75.)

**IT IS HEREBY ORDERED** that a copy of the transcript shall be provided to Plaintiff and counsel for Defendants.

DATED: June 26, 2024.

_____
Craig S. Denney
United States Magistrate Judge