UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC D. MONTOYA,<br><br>          Plaintiff,<br><br>v.<br><br>K. MATTICE-HARRIS, *et al.*,<br><br>          Defendants. | Case No. 3:22-cv-00558-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS** |

IT IS HEREBY STIPULATED by and between Eric Montoya and April Adams, Leah Bories Krista Harris, Robert Hartman, John Henley, Nathan Hughes, and Megan Penneau, and all persons named and unnamed, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Jessica Brown, Deputy Attorney General, and Plaintiff, Eric Montoya, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

. . .

. . .

. . .

. . .

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 13 day of MAY, 2024.   DATED this 13th day of May, 2024.

By: _____   By:  /s/ Jessica Brown
Eric Montoya, Plaintiff         Jessica Brown, Esq.
                                Nevada Attorney General's Office
                                Nevada Bar No. 10736
                                555 E. Washington Avenue
                                Las Vegas, NV 89101
                                Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____July 11, 2024_____, 2023.

_____
UNITED STATES DISTRICT JUDGE
Anne R. Traum